BENJAMIN B. WAGNER
United States Attorney
LAUREL J. MONTOYA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED
MAR 04 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EBONI STREETER,<br><br>Defendants. | CASE NO. 1:02-MG-02070<br><br>GOVERNMENT'S MOTION TO DISMISS PETITION FOR VIOLATION OF PROBATION (12c) AND RECALL WARRANT; [PROPOSED] ORDER |

Comes now the United States, by and through its attorneys of record, BENJAMIN B. WAGNER, United States Attorney, and LAUREL J. MONTOYA, Assistant United States Attorney, and request leave of the Court to dismiss the Petition for Probation Violation in this case in the interest of justice, and recall the arrest warrant.

///
///
///
///
///
///
///
///

MOTION TO DISMISS COMPLAINT; PROPOSED ORDER   1

This request is after made consulting with the United States Probation Department due to the age of the case and the defendant having been the subject of criminal proceedings in Kern County Superior Court.

Dated: March 4, 2016

BENJAMIN B. WAGNER
United States Attorney

By: /s/ LAUREL J. MONTOYA
LAUREL J. MONTOYA
Assistant United States Attorney

IT IS SO ORDERED. The petition is dismissed and the warrant is recalled.

DATED: 3/4, 2016

HON. BARBRA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE